Bonnie WATSON, Petitioner/Appellant,

v.

Robert WATSON,
Respondent/Respondent.

No. 70066.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

David A. Dalton, Adams, Dalton & Coyne, Wentzville, for Petitioner–Appellant.

Janis B. Powell, J. Patrick Winning, St. Louis, for Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Mother appeals from the trial court's judgment granting father's motion to set aside the default judgment entered on mother's motion to modify the dissolution decree. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

James F. DOOLEY, Petitioner–Appellant,

v.

STATE of Missouri, Respondent–
Respondent.

No. 70084.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

James F. Dooley, Pacific, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent–respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Petitioner Dooley appeals from the trial court's denial of his "NUNC PRO TUNC MOTION TO CORRECT THE ERRONEOUS PRESENTENCE INVESTIGATION REPORT AS SUBMITTED IN CASE NUMBER CR186–1508FX." The trial court found that it lacked jurisdiction to grant the relief requested. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).